### HODGES v. THE STATE.

LUMPKIN, J.—The evidence as to what occurred at the time of the homicide showing a plain and manifest case of murder, with no color or suggestion of justification or mitigation, if the court erred either in denying a continuance applied for upon the ground

v 95-32

that witnesses were absent by whom threats by the deceased could have been proved, or in charging the jury touching the law of justification, the errors were harmless and constitute no cause for granting a new trial.          *Judgment affirmed.*

October 22, 1894.

Indictment for murder. Before Judge SWEAT. Charl-ton superior court. April term, 1894.

HITCH & MYERS, MERSHON & SMITH and L. L. THOMAS, for plaintiff in error. J. M. TERRELL, attorney-general, and W. G. BRANTLEY, solicitor-general, *contra*.

---

November 12, 1894.          *Judgment affirmed.*